No. 450, Misc. KILL *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 451, Misc. GANN ET AL. *v.* MEEK. C. C. A. 5th. Certiorari denied. *Eustis Myres* for petitioners. *W. F. Moore* for respondent. *Solicitor General Perlman* filed a memorandum for the United States.

No. 452, Misc. KEMMERER *v.* BENSON, WARDEN. C. C. A. 6th. Certiorari denied.

No. 453, Misc. WARD *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 454, Misc. MOORE *v.* UNITED STATES. C. C. A. 7th. Certiorari denied.

No. 462, Misc. BRICTSON *v.* WOODROUGH ET AL. C. C. A. 8th. Certiorari denied. *E. Luther Melin* for petitioner.

No. 464, Misc. HANSON *v.* RAGEN, WARDEN. C. C. A. 7th. Certiorari denied. *Zeamore A. Ader* for petitioner.

No. 470, Misc. DAVIS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia. Certiorari denied. *James J. Laughlin* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 473, Misc. KELLY *v.* SQUIER, WARDEN. C. C. A. 9th. Certiorari denied. Petitioner *pro se. Solicitor*